**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

United States of America,　　　　　　　　　Criminal No. 08-212 (2) (RHK/FLN)

　　　　Plaintiff,　　　　　　　　　　　　　　　　**ORDER**

v.

Juan Carlos Mendoza-Sanchez,

　　　　Defendant.

_____

　　　Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 28, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

　　**IT IS ORDERED**:

　　1.  The Report and Recommendation (Doc. No. 64); and

　　2.  Defendant's Motion to Dismiss (Doc. No. 46) is **DENIED**.

Dated: September 30, 2008

　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge